IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN GUTIERREZ MARTINEZ,<br><br>    Petitioner,<br><br> vs.<br><br>SHERI DAWSON, MARK LABOUCHARDIER, TOM BARR, Hospital Administrator; NORFOLK REGIONAL CENTER, KRIS BOE SIMMONS, Clinical Program Manager; MD DOUET CHE, Staff Psychiatrist, Acting Clinical Director; BEV LUEGHEN, LISNHP, Sex Offender; and GROUP FACILITATOR,<br><br>    Respondents. | 8:20CV408<br><br>**MEMORANDUM AND ORDER** |

  Petitioner filed a Petition for Writ of Habeas Corpus (filing 1) and a Motion for Leave to Proceed in Forma Pauperis (filings 3 & 4). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* trust account statement at filing 3), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

  IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filings 3 & 4) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 22nd day of October, 2020.

> BY THE COURT:
>
> *Richard G. Kopf*
>
> Richard G. Kopf
> Senior United States District Judge